IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORF LASFAR ENERGY COMPANY, S.C.A.<br>    Plaintiff,<br><br>v.<br><br>AMCI EXPORT CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-0423<br>)<br>)<br>) |

ORDER

Therefore, this 5th day of May, 2006, IT IS HEREBY ORDERED that plaintiff's motion to confirm the Arbitral Award [doc. no. 46] is GRANTED.

IT IS FURTHER ORDERED that the March 7, 2005 Arbitral Award rendered in favor of Jorf Lasfar Energy Company, S.C.A. [doc. no. 1, Ex. B] is confirmed;

IT IS FURTHER ORDERED that judgment shall be entered in favor of Jorf Lasfar Energy Company, S.C.A. in the amount of Seven Million Eight Hundred Fifty-Two Thousand Nine Hundred Eighty Four and 59/100 dollars ($7,852,984.59), plus interest calculated at the overnight LIBOR rate (as calculated by the British Bankers Association) plus two percent, from January 31, 2006 until paid, plus costs.

BY THE COURT,

_____, J.

cc: All Counsel of Record