UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

----------------------------------------X
:
JORF LASFAR ENERGY COMPANY, S.C.A.,    :   Case No. 05-0423
:
                    Plaintiff/Petitioner, :   Judge Gary L. Lancaster
:
vs.                                    :
:
AMCI EXPORT CORPORATION,               :
:
                    Defendant/Respondent. :
:
----------------------------------------X

## ORDER

AND NOW, this **16th** day of **OCTOBER**, 2007, upon consideration of the foregoing Petition, pursuant to Fed. R. Civ. P. 69(a), Pa. R. Civ. P. 3118, Pa. R. Civ. P. 206.1, *et seq.*, and this Court's general equity powers, it is hereby ordered that

(1) the Respondent is ordered to show cause why the Petitioner is not entitled to the relief requested in the Petition;

(2) the Respondent shall file an answer to the petition ~~within twenty days of service upon the Respondent;~~ **on or before November 15, 2007**

(3) the petition shall be decided in accordance with the procedures under Pa. R. Civ. P. 206.7;

(4) Petitioner shall file a brief on or before the 26th day of October, 2007;

Respondent shall file a brief with its answer;

(5) a hearing shall be held on the 29nd day of NOVEMBER, 2007 AT 10 AM To dispose of the Petition;

(6) notice of the entry of this order shall be provided to all parties by the Petitioner.

Gary L. Lancaster,
United States District Judge