UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------X
JORF LASFAR ENERGY COMPANY, S.C.A.,  :
                                     :
                  Plaintiff/Movant,  : Case No. 05-0423
                                     :
vs.                                  : Judge Gary L. Lancaster
                                     :
AMCI EXPORT CORPORATION,             :
                                     :
               Defendant/Respondent. :
                                     :
------------------------------------X

## CONSENT ORDER FOR SUPPLEMENTARY RELIEF IN AID OF EXECUTION

AND NOW, this 30th day of November, 2007, by consent of the parties, it is hereby ORDERED as follows:

1. AMCI Export Corporation ("AMCI") is hereby enjoined from negotiating, transferring, assigning, conveying or otherwise disposing of any and all assets, including but not limited to any property, funds, accounts, receivables, claims, rights to payment, causes of action, debts, obligations, or other tangible or intangible things of value, it owns, in whole or in part, as of the date of this Order and/or that AMCI comes to own, in whole or in part, after the entry of this Order ("Assets").

2. It is further ordered that AMCI shall disclose to counsel for Jorf Lasfar Energy Company, S.C.A ("JLEC") by no later than 48 hours after the latter of (i) date of this Order or (ii) the date AMCI learns that such Assets have come into existence:

   a. the existence, value and location of any such Assets; and

1

b. with respect to debtors and/or others obligors of AMCI, the name and address of such debtor/obligor and the amount and nature of the debt or obligation owed to AMCI.

3. It is further ordered that Ernie Thrasher, as President of AMCI or in any other capacity or role with respect to AMCI, shall not cause, permit, or acquiesce in a violation of this Order by AMCI.

| STRASSBURGER McKENNA GUTNICK & POTTER, P.C. | BUCHANAN INGERSOLL & ROONEY PC |
|---|---|
| By: /s/ Harry F. Kunselman | /s/ James D. Newell |
| | James D. Newell (Pa. I.D. No. 51337) |
| | Matthew F. Burger (Pa. I.D. No. 74513) |
| | John G. Ebken (Pa. I.D. 91031) |
| H. Yale Gutnick | 301 Grant Street |
| Pa. I.D. No. 01226 | One Oxford Centre -- 20th Floor |
| | Pittsburgh, PA 15219 |
| Harry F. Kunselman | Phone: (412) 562-8800 |
| Pa. I.D. No. 55957 | Facsimile: (412) 562-1041 |
| Firm No. 278 | Attorneys for Defendant/Respondent |
| Suite 2200, Four Gateway Center | AMCI Export Corporation |
| 444 Liberty Avenue | |
| Pittsburgh, PA 15222 | |
| (412) 281-5423 | |

Attorneys for Petitioner
Jorf Lasfar Energy Company, S.C.A.

SO ORDERED

Ernie Thrasher, President
AMCI Export Corporation

The Honorable Gary L. Lancaster,
United States District Judge

2