# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------X
:
JORF LASFAR ENERGY COMPANY, S.C.A., :
:
                Plaintiff/Movant, : Case No. 05-0423
:
vs. : Judge Gary L. Lancaster
:
AMCI EXPORT CORPORATION, :
:
                Defendant/Respondent. :
:
------------------------------------X

## CONSENT ORDER TO MODIFY CONFIDENTIALITY ORDER

AND NOW, this 3rd day of December, 2007, by consent of the parties, it is hereby ORDERED as follows:

1. The Order of Court dated November 21, 2007 (the "Order") shall be amended and modified as specified in this paragraph. The confidentiality provisions of the last paragraph of the Order shall only apply to those documents produced by AMCI Export Corporation on November 27 and 28, 2007 in response to the Notice of Deposition of Corporate Designee for the deposition held on November 28, 2007 which contain confidentiality clauses (the "Confidential Documents") and those portions of the deposition of Ernie Thrasher as corporate Designee of AMCI Export Corporation conducted on November 28, 2007 (the "Deposition") that specifically reference or discuss such Confidential Documents (collectively with the Confidential Documents, the "Confidential Information"). JLEC shall be permitted to disclose any Confidential Information to (a) the attorneys of record in this case and other attorneys in their respective firms who are performing work with respect to this case, (b) necessary support staff, (c) court staff, (d) senior executives of JLEC, (e) members of JLEC's Board, and (f) representatives of JLEC's sole shareholder, but only to the extent such disclosure is necessary for

1

purposes of prosecuting or settling this litigation. Any person to whom such disclosure is made shall be informed of the Order and shall become bound thereby.

2. Except as set forth above, all provisions of the Court's Order dated November 21, 2007 shall remain in full force and effect.

| | |
|---|---|
| STRASSBURGER McKENNA GUTNICK & POTTER, P.C. | BUCHANAN INGERSOLL & ROONEY PC |
| | /s/ James D. Newell <br> James D. Newell (Pa. I.D. No. 51337) <br> Matthew F. Burger (Pa. I.D. No. 74513) <br> John G. Ebken (Pa. I.D. 91031) |
| By: /s/ Harry F. Kunselman | |
| H. Yale Gutnick <br> Pa. I.D. No. 01226 | 301 Grant Street <br> One Oxford Centre -- 20th Floor <br> Pittsburgh, PA 15219 |
| Harry F. Kunselman <br> Pa. I.D. No. 55957 | Phone: (412) 562-8800 <br> Facsimile: (412) 562-1041 |
| Firm No. 278 <br> Suite 2200, Four Gateway Center <br> 444 Liberty Avenue <br> Pittsburgh, PA 15222 <br> (412) 281-5423 | Attorneys for Defendant/Respondent <br> AMCI Export Corporation |
| Attorneys for Petitioner <br> Jorf Lasfar Energy Company, S.C.A. | SO ORDERED <br><br> _____ <br> The Honorable Gary L. Lancaster, <br> United States District Judge |