UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
:
JORF LASFAR ENERGY COMPANY, S.C.A.,         :
:
                     Plaintiff/Movant,         :   Case No. 05-0423
:
vs.                                          :   Judge Gary L. Lancaster
:
AMCI EXPORT CORPORATION,                     :
:
                     Defendant/Respondent.     :
:
------------------------------------------------------------------X

## STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)

TO: Clerk of Courts:

      The parties have settled this action. Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this action, with prejudice. Each party is responsible for its own attorneys' fees and costs. Kindly mark the docket accordingly, and mark the judgment as satisfied

| | |
|---|---|
| STRASSBURGER McKENNA GUTNICK & POTTER, P.C. | BUCHANAN INGERSOLL & ROONEY, PC |
| By: /s/ Harry F. Kunselman<br>    H. Yale Gutnick<br>    Harry F. Kunselman | By: /s/ James D. Newell<br>    James D. Newell, Esquire |
| Firm No. 278<br>Suite 2200, Four Gateway Center<br>444 Liberty Avenue<br>Pittsburgh, PA 15222<br>(412) 281-5423 | 301 Grant Street<br>One Oxford Centre, 20th Floor<br>Pittsburgh, PA 15219<br>(412) 562-8800 |
| *Attorneys for Plaintiff*<br>*Jorf Lasfar Energy Company, S.C.A.* | Attorneys for Defendant,<br>  AMCI Export Corporation |

THELEN REID BROWN
   RAYSMAN & STEINER LLP

 /s/ Johnathan E. Polonsky

Jonathan E. Polonsky (admitted *pro hac vice*)
875 Third Avenue
New York, New York 10022
(212) 603-2000

*Attorneys for Plaintiff*
*Jorf Lasfar Energy Company, S.C.A.*

SO ORDERED, this 5 day of March, 2008.

Gary L. Lancaster, U.S. District Judge